## ADAMS *v.* RECKER, TRUSTEE.

[No. 23,495.   Filed October 8, 1918.]

From Knox Circuit Court; *Benjamin M. Willoughby*, Judge.

*W. A. Cullop* and *John Downey*, for appellant.
*Louis A. Meyer*, for appellee.

MYERS, J.—The judgment is reversed, on confession of error, and a new trial is ordered.

## BENADUM ET AL. *v.* STATE OF INDIANA.

[No. 23,406.   Filed November 20,   918.]

From Delaware Circuit Court; *Alonzo L. Nichols*, Special Judge.

Proceedings by the State of Indiana against Charles Benadum and others.   From a judgment rendered, the defendants appeal. *Reversed.*

*Edward R. Templer, Clarence E. Benadum* and *Walter Gray*, for appellants.

*Ele Stansbury*, Attorney-General, *Elmer E. Hastings* and *Dale F. Stansbury*, for the state.

LAIRY, J.—Under the authority of *Stipp* v. *State* (1918), *ante* 211, 118 N. E. 818, recently decided by this court, the trial court erred in sustaining the demurrer of the state addressed to appellants' answer in abatement.

On authority of the case cited, the judgment in this case is reversed, with instructions to overrule said demurrer.